1  KAREN P. HEWITT
   United States Attorney
2  SANDRA B. RIGGS
   Attorney No. srA5500943
3  Special Assistant U.S. Attorney
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6958
   Facsimile: (619) 557-5004
6  Email: Sandra.Riggs2@usdoj.gov
   Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>0.70 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; AND ROSE HALPER, ANICE M. SWITZKY AND STEVEN BEN SWITZKY, ET AL.<br><br>  Defendants. | Case No.: 08cv1244-L (RBB)<br><br>NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION |

TO: All Defendants and Other Interested Parties:

NOTICE: You are hereby notified that on July 29, 2008, Plaintiff United States of America deposited estimated just compensation for taking the estate condemned in the amount of Fifteen Thousand Six Hundred Eight and No/100 Dollars ($15,608.00) with the Clerk of the Court.

DATED: July 29, 2008

                                KAREN P. HEWITT
                                United States Attorney


                                s/ Sandra Riggs

                                SANDRA B. RIGGS
                                Special Assistant U. S. Attorney
                                Sandra.Riggs2@usdoj.gov
                                Attorneys for Plaintiff

1  KAREN P. HEWITT
   United States Attorney
2  SANDRA B. RIGGS
   Attorney No. srA5500943
3  Special Assistant U.S. Attorney
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6958
   Facsimile: (619) 557-5004
6  Email: Sandra.Riggs2@usdoj.gov
   Attorneys for the Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 08cv1244-L (RBB) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| 0.70 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; AND ROSE HALPER, ANICE M. SWITZKY AND STEVEN BEN SWITZKY, ET AL. | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

   I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of:

NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 07/29/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

   -see attached service list

the last known address, at which place there is delivery service of mail from the United States Postal Service.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on July 29, 2008.

_____
Tricia R. Lamb

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES:

Rose Halper
6533 Cleomoore Ave.
West Hills, California 91307

Anice M. Switzky
6533 Cleomoore Ave.
West Hills, California 91307

Steven Ben Switzky
6533 Cleomoore Ave.
West Hills, California 91307

San Diego Rural Fire Protection District Community Facilities District No. 04-1
Fire Protection Planning
2300 Market Street, Suite 150
Riverside, CA 92501

Taxation Authority:
County of San Diego Assessor's Office
1600 Pacific Highway, Room 103
San Diego, CA 92101-2429

San Diego County Tax Collector
1600 Pacific Highway, Room 162
San Diego, Ca 92101