```
 1  KAREN P. HEWITT
    United States Attorney
 2  SANDRA B. RIGGS
    Attorney No. srA5500943
 3  Special Assistant U.S. Attorney
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6958
    Facsimile: (619) 557-5004
 6  Email: Sandra.Riggs2@usdoj.gov
    Attorneys for the Plaintiff
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>0.70 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; AND ROSE HALPER, ANICE M. SWITZKY AND STEVEN BEN SWITZKY, ET AL.<br><br>Defendants. | Case No.: 08cv1244-L (RBB)<br><br>NOTICE OF RELATED CASE |

PLEASE TAKE NOTICE that the above-captioned case is related to **Civil Case No. 08cv0283-IEG(AJB)**. Both cases arise from substantially identical transactions, namely, initially the taking by the United States of a 180-day right of entry onto the subject property for the purpose of conducting limited testing and survey work in support of planning to implement the congressional directive to secure the border between the United States and Mexico, followed by the taking of a perpetual and assignable easement and right-of-way over subject property for the location, construction, operation, maintenance, alteration and replacement of a road and appurtenances thereto upon same in the above styled case. Further, the cases call for determination of the same or substantially identical questions of law and the handling of these cases by one judge would avoid substantial duplication of labor and will conserve the resources of the court.

1 | It is therefore requested that the above-captioned case be re-assigned to Chief Judge Irma E. Gonzalez for all further proceedings.

DATED: August 14, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Sandra Riggs

SANDRA B. RIGGS
Special Assistant U.S. Attorney
Attorneys for Plaintiff

```
 1  KAREN P. HEWITT
    United States Attorney
 2  SANDRA B. RIGGS
    Attorney No. srA5500943
 3  Special Assistant U.S. Attorney
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6958
    Facsimile: (619) 557-5004
 6  Email: Sandra.Riggs2@usdoj.gov
    Attorneys for the Plaintiff
 7
```

                          UNITED STATES DISTRICT COURT

                         SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No.: 08cv1244-L (RBB) |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| 0.70 ACRES OF LAND, MORE OR LESS, ) | |
| SITUATE IN SAN DIEGO COUNTY, STATE OF ) | |
| CALIFORNIA; AND ROSE HALPER, ANICE M. ) | |
| SWITZKY AND STEVEN BEN SWITZKY, ) | |
| ET AL. ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

   I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of:

NOTICE OF RELATED CASE

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

   -see attached service list

the last known address, at which place there is delivery service of mail from the United States Postal Service.

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on August 14, 2008.

_Tricia R. Lamb_

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES:

Rose Halper
6533 Cleomoore Ave.
West Hills, California 91307

Anice M. Switzky
6533 Cleomoore Ave.
West Hills, California 91307

Steven Ben Switzky
6533 Cleomoore Ave.
West Hills, California 91307

San Diego Rural Fire Protection District Community
Facilities District No. 04-1
Fire Protection Planning
2300 Market Street, Suite 150
Riverside, CA 92501

Taxation Authority:
County of San Diego Assessor's Office
1600 Pacific Highway, Room 103
San Diego, CA 92101-2429

San Diego County Tax Collector
1600 Pacific Highway, Room 162
San Diego, Ca 92101