# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>0.70 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and ROSE HALPER, ANICE M. SWITZKY AND STEVEN BEN SWITZKY, ET AL.<br><br>Defendants. | Case No.: 08cv1244-L (RBB)<br><br>APPEARANCE AND DISCLAIMER |

COMES NOW the SAN DIEGO RURAL FIRE PROTECTION DISTRICT COMMUNITY FACILITIES DISTRICT NO. 04-1 (herein "District"), by and through undersigned counsel, in the above-styled and numbered condemnation proceeding, and enters their appearance herein for all purposes, waive service of all notices, and disclaim any right, title, claim or interest in the compensation paid or to be paid for the taking of the property described in the Complaint and the Declaration of Taking filed herein.

DATED: 19 Aug, 2008

SAN DIEGO RURAL FIRE PROTECTION DISTRICT
COMMUNITY FACILITIES DISTRICT NO. 04-1

By: _____

```
 1  KAREN P. HEWITT
    United States Attorney
 2  SANDRA B. RIGGS
    Attorney No. srA5500943
 3  Special Assistant U.S. Attorney
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6958
    Facsimile: (619) 557-5004
 6  Email: Sandra.Riggs2@usdoj.gov
    Attorneys for the Plaintiff
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 08cv1244-L (RBB) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| 0.70 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; AND ROSE HALPER, ANICE M. SWITZKY AND STEVEN BEN SWITZKY, ET AL. | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

- APPEARANCE AND DISCLAIMER

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

-see attached service list

the last known address, at which place there is delivery service of mail from the United States Postal Service.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on August 26, 2008.

3  _____
   Tricia R. Lamb

NAMES AND ADDRESSES OF INTERESTED PARTIES:

Rose Halper
6533 Cleomoore Ave.
West Hills, California 91307

Anice M. Switzky
6533 Cleomoore Ave.
West Hills, California 91307

Steven Ben Switzky
6533 Cleomoore Ave.
West Hills, California 91307

San Diego Rural Fire Protection District Community
Facilities District No. 04-1
Fire Protection Planning
2300 Market Street, Suite 150
Riverside, CA 92501

Taxation Authority:
County of San Diego Assessor's Office
1600 Pacific Highway, Room 103
San Diego, CA  92101-2429

San Diego County Tax Collector
1600 Pacific Highway, Room 162
San Diego, Ca 92101