# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>vs.<br><br>0.70 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; AND ROSE HALPER, ANICE M. HALPER, STEVEN BEN SWITZKY, ET AL.,<br><br>                          Defendants. | CASE NO. 08cv1244-IEG (AJB)<br><br>ORDER FOR DELIVERY OF POSSESSION |

      Presently before the Court is the United States' (herein plaintiff) ex parte application for an order for the surrender of the estate described in Schedule E of the Complaint filed herein in, to wit, a perpetual and assignable easement and right of way in, over and across the land described in Schedule C of the Declaration of Taking to construct, operate, maintain, alter and replace a road an appurtenances thereto, together with the right to trim or remove any vegetative or structural obstacles that interfere with the right of way.

      IT IS HEREBY ORDERED that all defendants to this action and all persons in possession or

1  control of this estate shall surrender it to plaintiff immediately.  Plaintiff shall serve a notice of this
2  order upon all persons in possession or control of the said property forthwith.

5  **DATED:  August 26, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**