1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER B. LATHAM
   Assistant U.S. Attorney
3  California State Bar No. 160515
   BRETT NORRIS
4  Assistant U.S. Attorney
   California State Bar No. 224875
5  United States Attorney's Office
   880 Front Street, Room 6293
6  San Diego, California 92101-8893
   Telephone: (619) 557-7147
7  Facsimile:  (619) 557-5004

8  Attorneys for Plaintiff
   United States of America
9

10              UNITED STATES DISTRICT COURT

11              SOUTHERN DISTRICT OF CALIFORNIA

12

13 | THE UNITED STATES OF AMERICA, | ) | Case No. 08cv1244 IEG (RBB) |
|---|---|---|
|   | ) |   |
14 |   | ) | NOTICE OF APPEARANCE |
|   Plaintiff,   | ) |   |
15 |   | ) |   |
16 | v. | ) |   |
|   | ) |   |
17 | 0.70 ACRES OF LAND, MORE OR | ) |   |
| LESS, SITUATE IN SAN DIEGO | ) |   |
18 | COUNTY, STATE OF CALIFORNIA; | ) |   |
| AND ROSE HALPER, ANICE M. | ) |   |
19 | HALPER, STEVEN BEN SWITZKY, | ) |   |
| ET AL. | ) |   |
20 |   | ) |   |
|   | ) |   |
21 |   Defendants.   | ) |   |
|   | ) |   |
22 |   | ) |   |

23

24 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

25     I, Christopher B. Latham, enter my appearance as lead counsel in the above-captioned case.

26     I certify that I am admitted to practice in this court or authorized to practice under CivLR

27 83.3.c.3-4.

28 //

1 | The following government attorney (who is admitted to practice in this court or authorized to
2 | practice under CivLR 83.3.c.3-4) is also associated with this case, should be listed as co-counsel for
3 | CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:
4 | <u>Name</u>
5 | Brett Norris
| Assistant U.S. Attorney
6 | United States Attorney's Office
| Southern District of California
7 | 880 Front Street, Room 6293
| San Diego, California 92101-8893
8 | 619-557-7738
| fax 619-557-5004
9 | email: Brett.Norris@usdoj.gov
10 | The following government attorney (who is admitted to practice in this court or authorized to
11 | practice under CivLR 83.3.c.3-4) is also associated with this case, and should receive <u>all</u> Notices of
12 | Electronic Filings relating to activity in this case:
13 | <u>Name</u>
14 | Tom Stahl
| Assistant U.S. Attorney
15 | Chief, Civil Division
| United States Attorney's Office
16 | Southern District of California
| 880 Front Street, Room 6293
17 | San Diego, California 92101-8893
| 619-557-7140
18 | fax 619-557-5004
| email: Thomas.Stahl@usdoj.gov
19 |
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

1 | Effective this date, <u>the following attorney is no longer associated with this case</u> and should <u>not</u>
2 | receive any further Notices of Electronic Filings relating to activity in this case:
3 | <u>Name</u>
   | Sandra B. Riggs
4 | Special Assistant U.S. Attorney
   | United States Attorney's Office
5 | Southern District of California
   | 880 Front Street, Room 6293
6 | San Diego, California 92101-8893

7 | DATED:   September 9, 2008            Respectfully submitted,

8 |                                        KAREN P. HEWITT
   |                                        United States Attorney
9 |
   |                                        s/ Christopher B. Latham
10|
   |                                        CHRISTOPHER B. LATHAM
11|                                        Assistant United States Attorney
   |                                        Attorneys for Plaintiff
12|                                        United States of America
   |                                        Email: Christopher.Latham@usdoj.gov

1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER B. LATHAM
   Assistant U.S. Attorney
3  California State Bar No. 160515
   BRETT NORRIS
4  Assistant U.S. Attorney
   California State Bar No. 224875
5  United States Attorney's Office
   880 Front Street, Room 6293
6  San Diego, California 92101-8893
   Telephone: (619) 557-7147
7  Facsimile:  (619) 557-5004

8  Attorneys for Plaintiff
   United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    SOUTHERN DISTRICT OF CALIFORNIA

12 THE UNITED STATES OF AMERICA,        )   Case No.: 08cv1244-IEG (RBB)
                                        )
13                 Plaintiff,           )
                                        )   CERTIFICATE OF SERVICE
14         v.                           )
                                        )
15 0.70  ACRES OF LAND, MORE OR LESS,   )
   SITUATE IN SAN DIEGO COUNTY, STATE OF)
16 CALIFORNIA; AND ROSE HALPER, ANICE M.)
   SWITZKY AND STEVEN BEN SWITZKY,      )
17 ET AL.                               )
                                        )
18                 Defendants.          )
   _____)
19

20 IT IS HEREBY CERTIFIED THAT:

21      I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
22
        I am not a party to the above-entitled action. I have caused service of:
23
        NOTICE OF APPEARANCE
24
   on the following parties by electronically filing the foregoing with the Clerk of the District Court using
25 its ECF System, which electronically notifies them.

26 n/a

27      I hereby certify that I have caused to be mailed the foregoing, by the United States Postal
   Service, to the following non-ECF participant on this case:
28

1     -see attached service list

2 the last known address, at which place there is delivery service of mail from the United States Postal Service.

3 I declare under penalty of perjury that the foregoing is true and correct.

4 Executed on September 9, 2008.

*[signature: Tricia Lamb]*
Tricia R. Lamb

NAMES AND ADDRESSES OF INTERESTED PARTIES:

Rose Halper
6533 Cleomoore Ave.
West Hills, California 91307

Anice M. Switzky
6533 Cleomoore Ave.
West Hills, California 91307

Steven Ben Switzky
6533 Cleomoore Ave.
West Hills, California 91307

San Diego Rural Fire Protection District Community
Facilities District No. 04-1
Fire Protection Planning
2300 Market Street, Suite 150
Riverside, CA 92501

Taxation Authority:
County of San Diego Assessor's Office
1600 Pacific Highway, Room 103
San Diego, CA  92101-2429

San Diego County Tax Collector
1600 Pacific Highway, Room 162
San Diego, Ca 92101